# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1608
_____

CHANCY JORDAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Stephen Everett, Judge.


August 5, 2026

PER CURIAM.

AFFIRMED.

KELSEY, NORDBY, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Chancy Jordan, pro se, Appellant.

James Uthmeier, Attorney General, and Trisha M. Pate, Assistant Attorney General, Tallahassee, for Appellee.